# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESSA B.,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 8:20-cv-00049-JFW-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected and Defendant's reply.  The Court overrules Plaintiff's objections and accepts the findings and recommendations of the Magistrate Judge.

    IT IS HEREBY ORDERED that Judgment shall be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

DATED: February 18, 2021

                                                        _____<br>
                                                          JOHN F. WALTER<br>
                                                  UNITED STATES DISTRICT JUDGE