JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESSA B.[1], | Case No. 8:20-cv-00049-JFW-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED and the action is dismissed with prejudice.

DATED: February 18, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.